|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EDUIN RENE MIRAMONTES, | ) | Case No. 2:21-cv-03884-PA-JC |
| --- | --- | --- |
|  | ) |  |
| Petitioner, | ) |  |
|  | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND |
|  | ) | RECOMMENDATIONS OF |
|  | ) | UNITED STATES MAGISTRATE |
| TAE D. JOHNSON, ACTING | ) | JUDGE |
| DIRECTOR, ICE, et al., | ) |  |
|  | ) |  |
| Respondents. | ) |  |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") and supporting documents, the parties' submissions in support of and in opposition to respondents' Motion to Dismiss, and all of the records herein, including the June 29, 2021 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that the Motion to Dismiss is granted, the Petition and this action are dismissed without prejudice, and Judgment be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on counsel for petitioner and respondents.

IT IS SO ORDERED.

DATED: July 27, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE