UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDUIN RENE MIRAMONTES, | ) | Case No. 2:21-cv-03884-PA-JC |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| TAE D. JOHNSON, ACTING DIRECTOR, ICE, et al., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and this action are dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: July 27, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE